**ALLSTATE INSURANCE COMPANY**

v.

**Thomas CARTER et al.**

**No. D–3994.**

Supreme Court of Texas.

Sept. 10, 1993.

Agreed Joint Motion to grant application for writ of error pursuant to settlement filed herein on September 8, 1993, granted; application for writ of error is granted without reference to the merits; *judgments* of court of appeals and trial court are *set aside* without reference to the merits; cause remanded to trial court for entry of judgment in accordance with settlement agreement of parties.